[No. 5577-5-II.   Division Two.   December 9, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM SESKO, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 80-1-00141-6, Gerald B. Chamberlin, J., entered April 30, 1981. *Reversed* and *remanded* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 12057-3-I.   Division One.   December 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN LEE GREENE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-00923-3, Frank D. Howard, J., entered July 15, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Callow, J.

[No. 12514-1-I.   Division One.   December 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY W. RISTAU, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-01626-4, H. Joseph Coleman, J., entered November 17, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Callow, J.

[No. 11275-9-I.   Division One.   December 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CLARENCE E. WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88048, Nancy A. Holman, J., entered January 20, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Durham, A.C.J., and Ringold, J.